**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ELAINE SAYRE,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>  Defendants. | Case No. 1:20-cv-00470<br><br>**NOTICE OF SETTLEMENT AS TO CAPITAL ONE BANK (USA), N.A.** |

NOTICE IS HEREBY GIVEN that Plaintiff Elaine Sayre and Defendant Capital One Bank (USA), N.A. have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next sixty (60) days. Plaintiff kindly requests the Court vacate any pending deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted on this 3rd day of September 2020,

**CHAMI LAW, PLLC**

By:*/s/ Tarek N. Chami*
Tarek N. Chami, P76407
22000 Michigan Ave, Suite 200
Dearborn, MI 48124
T: (313) 444-5029
F: (888) 428-7911
tarek@chamilawpllc.com
*Attorneys for Plaintiff*
*Elaine Sayre*

-2-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Diego Sanchez*