# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELAINE SAYRE,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | Case No.:    1:20-cv-470<br><br>Hon. Janet T. Neff |

## CORRECTED STIPULATION AND ORDER TO DISMISS DEFENDANT CAPITAL ONE BANK (USA), N.A., WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(2), Plaintiff and Defendant Capital One Bank (USA), N.A. ("Capital One"), through their respective counsel, stipulate to the dismissal of Defendant Capital One, with prejudice and without costs or attorney fees to either party.

| | |
|---|---|
| */s/ Tarek N. Chami*<br>Tarek N. Chami (P76407)<br>Attorney for Plaintiff<br>Chami Law, PLLC<br>tarek@chamilawpllc.com | */s/ Jennifer K. Green*<br>Jennifer K. Green (P69019)<br>Attorney for Defendant<br>Clark Hill PLC<br>jgreen@clarkhill.com |

# ORDER TO DISMISS
# DEFENDANT CAPITAL ONE BANK (USA), N.A., WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Capital One Bank (USA), N.A. shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

This order resolves the last pending claim and closes the case.

_____
Honorable Janet T. Neff
U.S. District Court Judge